# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**William L. Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
wcharron@pryorcashman.com

July 2, 2020

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York  10007

      Re:    **Coscarelli *et al.* v. Esquared Hospitality LLC *et al.***
              **Case 1:18-cv-05943-JMF**

Dear Judge Furman:

      We represent Defendants ESquared Hospitality LLC and BC Hospitality Group LLC (f/k/a CCSW LLC) (collectively "Defendants") in this action. We respectfully submit this letter-motion seeking leave to file under seal three documents in connection with Defendants' cross-motion to vacate the Partial Final Award (the "Award") (ECF No. 185):  (1) Defendants' Reply Memorandum of Law in further support of their cross-motion; and (2) Defendants' post-hearing brief and reply brief from the parallel arbitration (submitted as exhibits).

      This Court has temporarily sealed the Award (ECF No. 182), and has previously sealed papers and exhibits upon Defendants' request in connection with Plaintiff's motion to confirm and Defendants' cross-motion to vacate. (ECF Nos. 191, 197.) Defendants respectfully submit that Defendants' Reply papers should likewise be sealed.

      Defendants have conferred with counsel for Plaintiff. Plaintiff disagreed that any of these materials warrants sealing in their entirety, although counsel stated that they would consider narrowly-tailored redactions. Given the Court's prior rulings, we do not agree with that position.

      We thank the Court for its consideration.

                                                      Respectfully submitted,

cc:  All counsel (via ECF)                     /s/ William L. Charron

*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 198.  SO ORDERED.*

*July 6, 2020*