# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**William L. Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
wcharron@pryorcashman.com

*Application GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 234. SO ORDERED.*

*[signature]*

*November 4, 2020*

November 3, 2020

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

Re: **Coscarelli *et al.* v. Esquared Hospitality LLC *et al.*
Case 1:18-cv-05943-JMF**

Dear Judge Furman:

We represent Defendants ESquared Hospitality LLC and BC Hospitality Group LLC (f/k/a CCSW LLC) (collectively "Defendants") in this action. We respectfully submit this letter-motion seeking leave to seal a single sentence in Defendants' reply memorandum of law (i) in further support of their motion to vacate the "Partial Final Award: Fee Application" and "Complete Final Award" and (ii) in opposition to Plaintiff Chef Chloe LLC's cross-motion to confirm the same. (ECF Nos. 208, 226.)

The sentence Defendants seek leave to redact describes a substantive determination made by the Arbitrator in the initial Partial Final Award which this Court has already temporarily sealed (ECF No. 182), and the Court has previously sealed papers and exhibits upon Defendants' request in connection with the pending vacatur/confirmation motions. (ECF Nos. 191, 197, 204, 215, 231.)

Defendants have conferred with counsel for Plaintiff on this matter, and counsel objects to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/ William L. Charron

cc: All counsel (via ECF)