UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
CHLOE COSCARELLI et al.,                              :
:
                                Plaintiffs,      :
:      18-CV-5943 (JMF)
     -v-                                             :
:      <u>ORDER</u>
ESQUARED HOSPITALITY LLC et al.,                      :
:
                                Defendants.      :
:
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 19, 2020, the Court directed any party of the view that ECF Nos. 189-3, 189-4, 189-5, 189-6, 189-7, 189-8, 189-10, or any exhibit filed at ECF No. 196, should be filed in redacted form to file a letter motion on ECF within three business days. *See* ECF No. 242, at 5. **As no letter motions proposing any such redactions were filed, the Clerk of Court is now directed to unseal (that is, convert to public view, with no restrictions) ECF Nos. 189-3, 189-4, 189-5, 189-6, 189-7, 189-8, 189-10, and 196.**

       Further, upon review of the docket and consistent with the Court's Memorandum Opinion and Order of November 19, 2020, ECF No. 242, there is no longer any basis to redact portions of ECF No. 230 that refer to the arbitration award, as the awards have been unsealed. *See* ECF No. 242, at 2-4. **Accordingly, the Clerk of Court is also directed to unseal (that is, convert to public view, with no restrictions) ECF No. 230.**

       **Finally, the Clerk of Court is directed to unseal (that is, convert to public view, with no restrictions) ECF No. 235**, which the Court had ordered unsealed in its November 19, 2020 Memorandum Opinion and Order, *see* ECF No. 242, at 5, but which remains on restricted view.

       SO ORDERED.

Dated: November 30, 2020                        _____
      New York, New York                     JESSE M. FURMAN
                                          United States District Judge