UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
     :
CHLOE COSCARELLI et al.,     :
     :
                               Plaintiffs,     :     18-CV-5943 (JMF)
     :
         -v-     :     ORDER
     :
ESQUARED HOSPITALITY LLC et al.,     :
     :
                               Defendants.     :
     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the suggestion of bankruptcy filed on December 14, 2020, this case is automatically stayed as to Defendant BC Hospitality Group LLC.  *See* ECF No. 245.  The remaining parties shall promptly confer and, no later than **December 21, 2020**, file on ECF a joint letter, not to exceed three pages in length, addressing the implications of the automatic stay on the motions pending before the Court.  *See* ECF Nos. 140, 146, 158, 173, 185, 208, 226.  If the parties believe that supplemental briefing is warranted with respect to the issue, they shall propose a briefing schedule and structure.

        SO ORDERED.

Dated: December 16, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                              United States District Judge