

New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**William L. Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
wcharron@pryorcashman.com

March 15, 2021

Application GRANTED.  The conference previously scheduled for March 17, 2021, *see* ECF No. 262, is adjourned to **March 18, 2021, at 2:00 p.m.**  The Court wishes counsel good health.  The Clerk of Court is directed to terminate ECF No. 263.

SO ORDERED.

March 15, 2021

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York  10007

    Re:    <u>Coscarelli *et al.* v. Esquared Hospitality LLC *et al.*</u>
           **Case 1:18-cv-05943-JMF**

Dear Judge Furman:

    We represent Defendant ESquared Hospitality LLC ("ESquared") in this action.  We write respectfully to request that the Court reschedule the telephonic conference calendared for Wednesday, March 17, 2021, at 3:00pm.

    Counsel for ESquared seeks this adjournment due to a conflict with a previously scheduled medical procedure that cannot be moved.  This is the first request for an adjournment of this telephonic conference.

    We have conferred with counsel for Plaintiffs and Defendant BC Hospitality Group, LLC, who do not oppose this request.  The parties are available on the following dates, subject to the Court's convenience:

- **Thursday, March 18**
- **Friday, March 19**

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    /s/ William L. Charron

cc:  All counsel (via ECF)