UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHLOE COSCARELLI et al.,                                           :
                                                                   :
                              Plaintiffs,                          :
                                                                   :     18-CV-5943 (JMF)
            -v-                                                    :
                                                                   :         ORDER
ESQUARED HOSPITALITY LLC et al,                                    :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the conference held earlier today, the following briefing schedule and structure shall govern the parties' supplemental briefing on the effect of the bankruptcy proceedings as to Defendant BC Hospitality Group LLC on the summary judgment motions pending before this Court:

- Plaintiffs may file an opening brief, not to exceed **seven pages,** within **one week of the conclusion of the bankruptcy proceedings.**

- Defendants may file an opposition brief, not to exceed **ten pages,** within **two weeks** of the filing of Plaintiffs' opening brief.

- Plaintiffs may file a reply, not to exceed **three pages,** within **one week** of the filing of Defendants' opposition brief.

      SO ORDERED.

Dated: March 18, 2021
       New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge