UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                          :
CHLOE COSCARELLI et al.,                             :
                                          :
                          Plaintiffs,              :
                                          :       18-CV-5943 (JMF)
            -v-                           :
                                          :       <u>ORDER</u>
ESQUARED HOSPITALITY LLC et al.,        :
                                          :
                         Defendants.       :
                                          :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 8, 2021, counsel of record to Defendant BC Hospitality Group LLC ("BCHG") filed a motion to withdraw.  ECF No. 269.  Counsel shall clarify on the record no later than **April 12, 2021,** whether bankruptcy counsel to BCHG intends to file a notice of appearance in this case.  Although the case is stayed as to BCHG, *see* ECF No. 246, BCHG remains a party, and a limited liability company may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007).

       Separate and apart from the foregoing, any opposition to the motion to withdraw — by any party, including BCHG — shall be filed by **April 22, 2021**; any reply shall be filed by **April 29, 2021**.  Counsel to BCHG shall serve a copy of this Order on BCHG and bankruptcy counsel to BCHG and file proof of such service by **April 12, 2021**.

       SO ORDERED.

Dated: April 9, 2021
       New York, New York                                       _____
                                                                 JESSE M. FURMAN
                                                           United States District Judge