UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                            :

CHLOE COSCARELLI ET AL.,             :

                                     Plaintiffs,            :        18-CV-5943 (JMF)

                                 -v-                          :        <u>ORDER SCHEDULING
                                            :        DEFAULT JUDGMENT
ESQUARED HOSPITALITY LLC ET AL.,  :        BRIEFING AND SHOW
                                            :        CAUSE HEARING</u>
                                  Defendants.           :

                                            :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 27, 2021, Plaintiffs filed a motion for a default judgment against Defendant BC Hospitality Group LLC ("BCHG") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 291.

       It is hereby ORDERED that BCHG shall file any opposition to the motion for default judgment by **June 10, 2021**.  BCHG is cautioned that a limited liability company may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where a limited liability company "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

       It is further ORDERED that BCHG appear and show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **June 24, 2021**, at **4:00 p.m.**, why an order should not be issued granting a default judgment against BCHG.  Prior to that date, Plaintiffs must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

       It is further ORDERED that Plaintiffs serve BCHG via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**.  In each case, within **two business days of service,** Plaintiffs must file proof of such service on the docket.

       SO ORDERED.

Dated: May 28, 2021
       New York, New York
                                                             JESSE M. FURMAN
                                                          United States District Judge