```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CHLOE COSCARELLI et al.,                                             :
                                                                     :
                                Plaintiffs,                          :
                                                                     :        18-CV-5943 (JMF)
                -v-                                                  :
                                                                     :             ORDER
                                                                     :
ESQUARED HOSPITALITY LLC et al.,                                     :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- As the parties agree, there is no live dispute with respect to Count Six of Plaintiffs' Amended Complaint. ECF No. 76. Accordingly, it is dismissed.

- Plaintiffs' motion to strike BCHG's answer and dismiss its counterclaims, ECF No. 308, is GRANTED in part and DENIED in part. The counterclaims asserted by BCHG, *see* ECF No. 94, are dismissed, but the other relief requested, namely striking BCHG's answer and deeming allegations in the complaint admitted, is denied without prejudice.

- By separate order today, the Court is referring this case to the Court-annexed Mediation Program.

- The parties are directed to file a joint status letter by **February 15, 2022**.

The Clerk of Court is directed to terminate ECF No. 308.

SO ORDERED.

Dated: December 15, 2021
      New York, New York

                                                      JESSE M. FURMAN
                                                     United States District Judge