

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

March 18, 2022

Robert G. Jones
T +1 617 951 7564
robert.jones@ropesgray.com

**BY ELECTRONIC FILING**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

Re:   *Coscarelli, et al. v. ESquared Hospitality LLC, et al.*, 1:18-cv-5943 (SDNY)
      *Coscarelli, et al. v. Bain Double Impact Fund L.P., et al.,* 1:21-cv-4159 (SDNY)

Dear Judge Furman:

The parties are making progress toward a final resolution of all pending litigations and related issues but continue to need additional time to coordinate with the various parties involved. Therefore, the parties ask to have until April 15, 2022 to further update the Court.

Respectfully submitted,

*/s/ Robert G. Jones*
Robert G. Jones
Counsel for Bain Defendants (and with authorization from all other codefendants in the 1:21-cv-4159 action)

*/s/ Patrick M. Arenz*
Patrick M. Arenz
Counsel for Chloe

*/s/ William L. Charron*
William L. Charron
Counsel for ESquared Hospitality LLC

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 101. Given the parties' ongoing discussions, the Clerk of Court is further directed to terminate ECF No. 73. That motion will be reinstated in the event that the case is not settled.

SO ORDERED.

[signature]

March 21, 2022