

**PRYOR CASHMAN LLP**

New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Matthew S. Barkan**
Counsel

Direct Tel: 212-326-0840
Direct Fax: 212-798-6927
mbarkan@pryorcashman.com

April 19, 2022

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

> Application GRANTED. The telephonic conference is rescheduled for **May 2, 2022**, at **11:45 a.m.** The Clerk of Court is directed to terminate No. 18-cv-5943, ECF No. 323. SO ORDERED.
>
> [signature]
>
> April 19, 2022

Re:   *Coscarelli et al. v. ESquared Hospitality LLC et al.*, 1:18-cv-5943 (S.D.N.Y.)
      *Coscarelli et al. v. Bain Double Impact Fund L.P. et al.*, 1:21-cv-4159 (S.D.N.Y.)

Dear Judge Furman:

We represent Defendant ESquared Hospitality LLC ("ESquared"). We write respectfully to request that the Court adjourn the telephonic conference calendared for Friday, April 29, 2022, at 10:00am.

Counsel for ESquared seeks this adjournment due to a conflict with a previously scheduled pre-trial conference before another Judge in this District. This is the first request for an adjournment of this telephonic conference.

We have conferred with counsel for the other parties in both actions, who consent to this request. Subject to the Court's convenience, the parties are generally available the following week, with the exception that on Friday, May 6, they are available after 1:00pm.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Matthew S. Barkan

cc: All counsel (via ECF)