UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHLOE COSCARELLI et al.,

                Plaintiffs,

       -v-                                                 18-CV-5943 (JMF)

ESQUARED HOSPITALITY LLC et al.,                   ORDER

                Defendants.
-------------------------------------------------------------------X
CHLOE COSCARELLI et al.,

                Plaintiffs,

       -v-                                                 21-CV-4159 (JMF)

BAIN DOUBLE IMPACT FUND L.P. et al.,                ORDER

                Defendants.
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during the conference held earlier today, the parties in these related cases shall file any stipulation of dismissal by no later than **June 2, 2022**. If no stipulation of dismissal is filed, the parties shall file a status update by the same date, providing proposed next steps in the litigation.

       SO ORDERED.

Dated: May 2, 2022
       New York, New York
                                                         JESSE M. FURMAN
                                                 United States District Judge